STATE v. VANCE

No. 80 PC.

Case below: 25 N.C. App. 92.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 May 1975.

STATE v. WALKER

No. 85 PC.

Case below: 25 N.C. App. 157.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 May 1975.

THOMPSON v. CITY OF SALISBURY

No. 57. PC.

Case below: 24 N.C. App. 616.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 May 1975.

TURNER v. LEA

No. 76 PC.

Case below: 25 N.C. App. 113.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 May 1975.

WALL v. WALL

No. 79 PC.

Case below: 24 N.C. App. 725.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 May 1975.